FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 23 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEVEN M. IKEDA, on behalf of themselves and all others similarly situated; et al.,<br><br>  Plaintiffs - Appellants,<br><br>v.<br><br>ALTA DENA CERTIFIED DAIRY LLC, a Delaware Limited Liability Company,<br><br>  Defendant - Appellee. | No. 12-56477<br><br>D.C. No. 2:12-cv-03034-R-FFM<br>Central District of California, Los Angeles<br><br><br>ORDER |

The court will initiate a further assessment conference by telephone on

August 23, 2013, at 11:00 a.m. **PACIFIC (San Francisco) Time**.

 Counsel are requested to contact the Circuit Mediator should circumstances

develop that warrant further discussions prior to the next scheduled conference.

FOR THE COURT:


By: Peter W. Sherwood
Circuit Mediator

PWS/Mediation